# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHANIKA EDMOND

VERSUS

DOMINIQUE EDMOND

NO.   2021 CW 0924

**OCTOBER 18, 2021**

---

In Re:   Shanika Edmond, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 200342.

---

**BEFORE:   LANIER, WOLFE, AND BURRIS,[1] JJ.**

**WRIT DENIED.**

WIL
EW
WJB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.